[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 07-15744
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 25, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 07-60818-CV-AJ

JUDY COPELAND,
with help of roommate Carl Shell due
to Judy Copeland's mental retardation,

                                                      Plaintiff,

CARL SHELL,

                                        Proposed Intervenor-Appellant,

versus

HOUSING AUTHORITY OF HOLLYWOOD,
TIM SCHWARTZ,

                                                Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(November 25, 2008)


Before ANDERSON, CARNES, and HULL, Circuit Judges.

PER CURIAM:

Because we have decided that the district court properly granted summary judgment on Judy Copeland's claims underlying this challenge, see Copeland v. Housing Authority of Hollywood, No. 08-10744 (11th Cir. Nov. __, 2008), Carl Shell's motion to intervene is **DENIED.**